# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN BARRETT,

        Plaintiff,

v.                                    Case No:   6:24-cv-1265-JSS-LHP

AT&T, INC.,

        Defendant

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION REQUESTING CASE MANAGEMENT CONFERENCE (Doc. No. 14)** |
| **FILED:** | **August 12, 2024** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Pursuant to the Order referring this case to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program (Doc. No. 8), the Joint Motion Requesting Case Management Conference (Doc. No. 14) is **GRANTED**.

**TAKE NOTICE** that a Case Management Conference will be held before the undersigned on **Monday August 19, 2024 at 3:00 p.m.** The Case Management Conference will take place via the web-based **Zoom application**. A Zoom invitation will be separately issued to counsel by email.

The Court has set aside **thirty (30) minutes** for the Case Management Conference. At the Conference, the parties shall be prepared to discuss the IDEAL Program, *see* Doc. No. 8, as well as any other pertinent matters under Federal Rule of Civil Procedure 16.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2024.

Leslie Hoffman Price

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties